# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2023-1662
_____

J-VON HARVIN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____


On appeal from the Circuit Court for Leon County.
Francis J. Allman, Judge.


July 3, 2024

PER CURIAM.

The Court dismisses this appeal as untimely. *See* Fla. R. App.
P. 9.140(b)(3).

LEWIS, NORDBY, and TANENBAUM, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____


J-Von Harvin, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.